LOGAN KALB, Respondent, v. DOLLAR STEAMSHIP LINES, INC., LTD., Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KATHERINE F. LAMONT and Another, Respondents, v. SCHIMM HOLDING CORPORATION, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that there is no proof of negligence or nuisance on the part of defendant within the meaning of section 52 of the Multiple Dwelling Law. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent, v. HONOUR B. GELSON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM GILLIS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FLORENCE WENDER and Another, Respondents, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMAN W. STUMPF and Others, Respondents, v. COLLIS BELL GUSHEE and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELIAS JACOBY, Doing Business under the Name and Style of JACOBY'S DEPARTMENT STORE, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES V. CONNERS, Respondent, v. HARNISCHFEGER SALES CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH F. LANE, Appellant, v. B. S. & B. Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ABRAHAM TAX, INC., Respondent, Appellant, v. RAPOPORT-OSTROVSKY CORPORATION, Defendant, Impleaded with ALL-ASIA PRODUCTS CORPORATION, Appellant, Respondent.— Orders affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

TAUBA GELBERG, Respondent, Appellant, v. HARRY GELBERG, Appellant, Respondent.— Judgment modified by increasing the amount of alimony to be paid to the plaintiff for her alimony, maintenance and support to the sum of twenty dollars per week, and as so modified affirmed, with costs to the plaintiff. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.